# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**PETRICE BOONE, FOR AND ON BEHALF OF**
**KESHAWN BOONE, DECEASED;**
**NATEAGUS TAYLOR; AND DAPHNE BROWN**                              **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 3:23-cv-176-CWR-LGI**

**PROGRESSIVE CASUALTY INSURANCE COMPANY;**
**MOUNTAIN LAUREL ASSURANCE COMPANY;**
**JOHN AND JANE DOES 1-10; AND**
**ABC CORPORATIONS 1-10**                                          **DEFENDANTS**

## NOTICE OF REMOVAL

**TO:**     Derek L. Hall
           Toby Justin Gammill
           DEREK L. HALL, PC
           370 Towne Center Blvd.
           Ridgeland, MS 39157

           Zack Wallace
           Hinds County Court Clerk
           P.O. Box 327
           Jackson, MS  39205

In accordance with 28 U.S.C. § 1446(b), you are hereby notified that the Defendants, Progressive Casualty Insurance Company,[1] and Mountain Laurel Assurance Company, have removed this action from the County Court of the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and support this removal as follows:

---

[1] Progressive Casualty Insurance Company does not, by removing this matter, waive its defense that it is not the real party in interest. The policy at issue was underwritten by Mountain Laurel Assurance Company.

1

1. On February 13, 2023, the Plaintiffs filed their Complaint against the Defendants, Progressive Casualty Insurance Company and Mountain Laurel Assurance Company, in the County Court of the First Judicial District of Hinds County, Mississippi. A copy of the state court file is attached hereto as Exhibit "A."

2. The instant Notice of Removal is timely filed pursuant to 28 U.S.C. section 1446(b). Service on the Defendants was effectuated on February 21, 2023.

3. The aforementioned civil action is one of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. section 1332, and the action may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. section 1441(a) and 28 U.S.C. section 1446(b) since it is a civil action wherein diversity of citizenship exists and wherein the matter in controversy appears to exceed the sum or value of $75,000.00. While the Complaint pleads an unspecified total amount of damages, Plaintiffs allege damages of property loss, insurance and contract damages, medical damages, and extra contractual damages. The Complaint includes a bad faith claim and demand for an unspecified amount of punitive damages. *See Magruder*, 2019 WL 332719 at *2 ("The Complaint … includes claims for bad faith and demands punitive damages. Such claims are generally held to exceed the federal jurisdictional amount." (citations omitted)); *Haney v. Cont'l Cas. Co.*, 2008 WL 5111021, at *1 (S.D. Miss. Dec. 2, 2008) ("[F]ederal courts in Mississippi have held that claims for an unspecified amount of punitive damages exceed the jurisdictional amount." (citations omitted)). Accordingly, the jurisdictional amount in controversy is satisfied.

4. Diversity of citizenship does exist in this case. Plaintiffs allege in their Complaint that they are adult residents of the First Judicial District of Hinds County, Mississippi. (See Exhibit A, Complaint at ¶ 2, 3, 4.) Defendants, Progressive Casualty Insurance Company and Mountain

Laurel Assurance Company, are incorporated in and have their principal place of businesses in the State of Ohio. Therefore, Progressive Casualty Insurance Company and Mountain Laurel Assurance Company are citizens of Ohio, and not Mississippi. Hence, complete diversity exists between the Plaintiffs and the Defendants.

5. The entire state court record is attached as Exhibit "A."

6. The Defendants, Progressive Casualty Insurance Company and Mountain Laurel Assurance Company, are serving a copy of the Notice of Removal on the Plaintiffs through their attorneys of record and on the County Clerk of the First Judicial District of Hinds County, Mississippi.

Respectfully submitted, this the 8th day of March, 2023.

                                      */s/ C. Maison Heidelberg*
                                      C. MAISON HEIDELBERG, MB #9559
                                      *Attorney for the Defendants*

OF COUNSEL:

HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the court's electronic filing system on the following:

> Derek L. Hall
> Toby Justin Gammill
> DEREK L. HALL, PC
> 370 Towne Center Blvd.
> Ridgeland, MS 39157
>
> Zack Wallace
> Hinds County Court Clerk
> P.O. Box 327
> Jackson, MS  39205

THIS, the 8th day of March, 2023.

>    */s/ C. Maison Heidelberg*
> C. MAISON HEIDELBERG